IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERAWAN FARMING, INC. )<br>)<br>   Plaintiff,    )<br>)<br>vs.                )<br>)<br>U.S. DEPT. of AGRICULTURE, )<br>)<br>   Defendant.   )<br>_____) | OLD CASE NO.:<br>1:08-cv-00753-AWI-SMS<br><br>**ORDER OF RECUSAL**<br><br><u>NEW</u> CASE NO.:<br>1:08-cv-00753-AWI-GSA<br><br>SCHEDULING CONFERENCE:<br>Old Date: September 10, 2008<br>**NEW DATE: SEPTEMBER 10, 2008**<br>**TIME:    9:30a.m.**<br>**BEFORE: Judge Austin** |

   It appears to the undersigned, the magistrate judge to whom this case is presently assigned, that disqualification pursuant to 28 U.S.C. § 455 is appropriate in this matter.

   IT IS THEREFORE ORDERED:

   1.  That the undersigned recuses herself as the magistrate judge to whom this case is assigned.

   2.  That this case is reassigned to the docket of Magistrate Judge Gary S. Austin pursuant to the random reassignment by the Clerk's Office.

   3.  All future pleadings and/or correspondence must

hereinafter correctly be numbered as:

**1:08-cv-00753-AWI-GSA**

The parties are herein advised that use of an incorrect case number, including judges' initials, may result in a delay of documents being processed and copies thereof being correctly distributed, received, and/or calendared by the appropriate judicial officer or staff.

   IT IS SO ORDERED.

   IT IS FURTHER ORDERED THAT the Scheduling Conference set before Judge Snyder on September 10, 2008 at 9:00a.m. is Vacated and a new Scheduling Conference hearing is reset before Judge Austin on September 10, 2008 at 9:30a.m. in Courtroom #10(GSA).

Dated:   July 22, 2008            /s/ Sandra M. Snyder
                                  SANDRA M. SNYDER
                                  U.S. Magistrate Judge