McGREGOR W. SCOTT
United States Attorney
JEFFREY J. LODGE (SBN 152205)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant
    United States Department of Agriculture

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GERAWAN FARMING, INC., | ) | 1:08-cv-00753-AWI-SMS |
| | ) | |
| Plaintiff, | ) | **STIPULATION FOR DISMISSAL;** |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the terms of a written Settlement Agreement as well as the provisions of Fed. R. Civ. P. 41(a)(1), the parties, by and through their respective counsel, hereby stipulate that this action be dismissed with prejudice.

IT IS SO STIPULATED.

| | |
|---|---|
| LAW OFFICES OF BRIAN C. LEIGHTON | McGREGOR W. SCOTT |
| | United States Attorney |
| | |
| /s/Brian C. Leighton | /s/Jeffrey J. Lodge |
| Brian C. Leighton | Jeffrey J. Lodge |
| Attorneys for Plaintiff | Assistant U.S. Attorney |
| | Attorneys for Defendant |
| | United States Department of Agriculture |

Dated: December _1_, 2008    Dated: December __4__, 2008

1

ORDER OF DISMISSAL

The above stipulation is APPROVED, and this action is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

**Dated:   December 4, 2008**                    **/s/ Anthony W. Ishii**
                                                                         CHIEF UNITED STATES DISTRICT JUDGE